# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

RICHARD ERVIN,
Plaintiff,

vs.

MATTHEW CRISLER,
Defendant.

Case No. 1:19-cv-547

Barrett, J.
Litkovitz, M.J.

**ORDER OF TRANSFER**

Plaintiff, an inmate at the Southern Ohio Correctional Facility, has filed a motion for leave to proceed *in forma pauperis* in connection with a pro se civil rights complaint against defendant Matthew Crisler, the Institutional Investigator at the London Correctional Institution.

Local Rule 82.1 for the United States District Court for the Southern District of Ohio provides in pertinent part that civil suits properly venued within the Southern District shall be filed at the location of court embracing a county in which at least one defendant resides or, if no defendant is a resident of this district, where the claim arose. *See* S.D. Ohio Civ. R. 82.1(c), (e). In this case, defendant is a resident of Madison County, Ohio, which is located in the Eastern Division of this District. It also appears that plaintiff's factual allegations occurred at the London Correctional Institution in Madison County.

Accordingly, pursuant to S.D. Ohio Civ. R. 82.1, the Clerk of Courts is hereby **DIRECTED TO TRANSFER** this case to the Southern District of Ohio, Eastern Division, for all further proceedings.

**IT IS SO ORDERED**.

Date: 7/10/19

Karen L. Litkovitz
United States Magistrate Judge